# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MOOTI,<br><br>            Plaintiff(s),<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>            Defendant(s). | Case No. 2:17-cv-02298-JAD-NJK<br><br>**REPORT AND RECOMMENDATION** |

A notice of Plaintiff's death was filed on March 8, 2018. Docket No. 15. That same day, the Court ordered that a motion to substitute had to be filed within 90 days pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. Docket No. 16. That order also specifically warned that failure to file such motion rendered the case subject to dismissal. *See id.*; *see also* Fed. R. Civ. P. 25(a)(1) ("If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent *must* be dismissed" (emphasis added)). A motion to substitute was not timely filed, so the undersigned **RECOMMENDS** that this case be **DISMISSED**.

DATED: June 12, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

## **NOTICE**

Pursuant to Local Rule IB 3-2 **any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document.** The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).